```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL VAZQUEZ, individually and on behalf of others similarly situated,

                         Plaintiff,

-against-

JEFLO & CO. LTD. (D/B/A ROYALE), JOSHUA BERMAN, DAVID WEAKLEY, and JEFFREY PARDO,

                         Defendants.

22 Civ. 1215 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter and proposed case management plan. ECF No. 21. The Court shall permit 120 days for fact discovery and 45 days for expert discovery. By **June 22, 2022**, the parties shall submit a revised proposed case management plan.

    SO ORDERED.

Dated: June 16, 2022
       New York, New York

                                                 ANALISA TORRES
                                          United States District Judge