# CSM Legal, P.C.
Employment and Litigation Attorneys

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022
```

60 East 42nd Street, 4510
New York, New York 10165
_____

jarret@csm-legal.com

October 20, 2022

**Via ECF**
Hon. Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.

10/20/2022

      Re:    *Vazquez, et al. v. Jeflo & Co., LTD, et al.*
             1:22-cv-01215-KHP

Your Honor:

    This firm represents Plaintiff in the above-referenced matter. We write this letter jointly with Defendants to request a two-week extension of time to file the parties' proposed settlement agreement and fairness letter. The Court has requested that the agreement be filed on Monday October 24, 2022. The parties are close to finalizing the terms of the agreement and request this extension in order to guarantee compliance with all the necessary rules and procedures of the Court. This is the first extension request made by the parties.

    We thank the Court for its attention.

                              Respectfully Submitted,

                              */s/Jarret Bodo*_____
                              Jarret Bodo, Esq.

cc:    Rachel Haskell, Esq. via ECF
        *Counsel for Defendants*

*Certified as a minority-owned business in the State of New York*